# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUSTIN MARQUIZ JACKSON,

        Plaintiff,

    v.

SHIRLEY, et al.,

        Defendants.

Case No.  1:23-cv-00534-FRS (BAM) (PC)

ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

(ECF No. 17)

**THIRTY (30) DAY DEADLINE**

Plaintiff Justin Marquiz Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 15, 2026, the Court screened the complaint and directed Plaintiff to file a first amended complaint or a notice of voluntary dismissal within thirty days.  (ECF No. 14.)

Currently before the Court is Plaintiff's February 23, 2026 request for a 60-day extension of time to file an amended complaint.  (ECF No. 17.)  Plaintiff states that he was housed at Sierra Conservation Center AD-SEG when he received the Court's screening order and is currently housed in a new institution.  Plaintiff is working during his yard time to request an extension, and currently requesting Priority Library Usage (PLU) Status.  (*Id.*)

Having considered the request, the Court finds good cause to grant, in part, the requested extension of time.  Fed. R. Civ. P. 6(b).  However, the Court finds that an extension of thirty days, rather than sixty, is reasonable under the circumstances.

1

Plaintiff is reminded that his first amended complaint should be brief, Fed. R. Civ. P. 8(a), but it must state what each named defendant did that led to the deprivation of Plaintiff's constitutional rights, *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009).  Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citations omitted).

Additionally, Plaintiff may not change the nature of this suit by adding new, unrelated claims in his first amended complaint.  *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).

Finally, Plaintiff is advised that an amended complaint supersedes the original complaint. *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012).  Therefore, Plaintiff's amended complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for extension of time, (ECF No. 17), is GRANTED IN PART;

2. The Clerk's Office shall send Plaintiff a complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first amended complaint, or file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

4. **If Plaintiff fails to file a first amended complaint in compliance with this order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.**

IT IS SO ORDERED.

Dated:    **March 3, 2026**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE