**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN MARQUIZ JACKSON,<br>Plaintiff,<br>v.<br>SHIRLEY, *et al.*,<br>Defendants. | Case No. 1:23-cv-0534 JLT FJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 30) |

Plaintiff asserts he suffered violations of his civil rights while incarcerated at Wasco State Prison. (*See* Doc. 10.) The magistrate judge screened Plaintiff's complaint and found he failed to state a cognizable claim. (Doc. 14.) Although granted nearly six months to file an amended complaint, Plaintiff failed to do so. (*See* Docs. 14, 17, 21, 25.)

The magistrate judge issued Findings and Recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a claim. (Doc. 30 at 4-9.) The magistrate judge also found Plaintiff failed to prosecute this action and failed to comply with the Court's orders, and terminating sanctions were appropriate for these failures. (*Id.* at 9-10.) Therefore, the magistrate judge recommended the action be dismissed with prejudice. (*Id.* at 11.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 30 at 11.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*,

citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections to the Findings and Recommendations, and the time to do so has passed.[1]

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 20, 2026 (Doc. 30) are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice for Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _September 14, 2026_

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed objections that challenged *only* the magistrate judge's denial of his fifth request for an extension of time and the denial of his motion to appoint counsel. (Doc. 31.) As the arguments raised were constrained to the orders of the magistrate judge—and did not address the pending Findings and Recommendations—the Court construed those objections as a motion for reconsideration of the identified orders and addressed Plaintiff's arguments under Rule 72 of the Federal Rules of Civil Procedure. (*See* Doc. 32.)